92 A.3d 1166

IN THE MATTER OF DARREN P. LEOTTI, AN ATTORNEY AT LAW (ATTORNEY NO. 009371991).

July 3, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–344, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **DARREN P. LEOTTI** of **FLEMINGTON,** who was admitted to the bar of this State in 1991, and who has been temporarily suspended from the practice of law since April 16, 2013, should be disbarred for violating *RPC* 1.15(a) (failure to safeguard property of clients or third persons by knowingly misappropriating law firm funds), and the principles of *In re Siegel,* 133 *N.J.* 162, 627 *A.*2d 156 (1993);

And **DARREN P. LEOTTI** having failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **DARREN P. LEOTTI** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that **DARREN P. LEOTTI** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that **DARREN P. LEOTTI** comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.